**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3384-19T3

DENISE SABADAY,

     Plaintiff-Respondent,

v.

DAN PERLMAN,

     Defendant-Appellant,

and

TRANSFORMATIVE
PHARMACEUTICAL
SOLUTIONS, LLC,

     Defendant.

_____

Argued November 9, 2020[1] - Decided November 23, 2020

Before Judges Fasciale and Mayer.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket No. L-4246-19.

_____

[1] This matter was scheduled for argument on November 9, 2020. However, the parties filed a stipulation of dismissal with prejudice on November 6, 2020.

Fisher & Phillips LLP, attorneys for appellant (Christina M. Michael and Luke E. McDaniels, on the briefs).

Vlasac & Shmaruk, LLC, attorneys for respondent (David E. Cassidy, of counsel and on the brief).

PER CURIAM

The parties having filed a stipulation of dismissal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2